```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**KRISTOPHER DOTSON, individually
and on behalf of similarly
situated persons,**

       Plaintiff,

v.                                    Civil Action No. 2:17-CV-00896

**P.S. MANAGEMENT, INC.,
PFC, INC.,
P.S. II, INCORPORATED, and
P.S. III, INC.,**

       Defendants.

<u>ORDER</u>

Pending before the court is the parties' notice of settlement and joint motion to vacate all deadlines, filed on July 10, 2018. Counsel for the parties represent that they have agreed in principle to settle the matter, are in the process of preparing and finalizing the written terms and conditions of the settlement agreement, and anticipate filing a joint motion for approval of such agreement and stipulation of dismissal with prejudice within the next thirty (30) days.

The court finding good cause shown, it is ORDERED that the scheduling conference of July 13, 2018 be, and it hereby is, continued to 11:00 a.m. on August 13, 2018.

The court envisions no circumstances under which this conference will again be continued.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: July 12, 2018

John T. Copenhaver, Jr.
United States District Judge