```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**KRISTOPHER DOTSON, individually
and on behalf of similarly
situated persons,**

       **Plaintiffs,**

**v.**                                                            **Civil Action No. 2:17-cv-00896**

**P.S. MANAGEMENT, INC.,
PFC, INC., P.S. II,
INCORPORATED, and
P.S. III, INC.,**

       **Defendants.**

## ORDER

Pending is the parties' joint motion for stay, filed July 22, 2019.

The parties move to stay these proceedings pending the court's resolution of the parties' Combined Joint Motion to Approve Collective Action Settlement, filed July 22, 2019. The parties assert that a stay would promote judicial economy and conserve the resources of the parties inasmuch as, without a stay, the parties would need to continue with significant and costly discovery that might be rendered moot if the court grants the pending motion to approve the settlement.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the

causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. N. Am. Co., 299 U.S. 248, 254, (1936).

Good cause being shown, it is ORDERED that the parties' joint motion to stay be, and hereby is, granted. It is further ORDERED that the deadlines set in the court's May 10, 2019 scheduling order be continued until the further order of the court.

The Clerk is directed to transmit copies of this order to all counsel of record.

                                    ENTER: August 5, 2019

John T. Copenhaver, Jr.
Senior United States District Judge